# First District Court of Appeal
## State of Florida

_____

No. 1D19-0887
_____

Samantha Deeter Currie,

  Appellant,

  v.

Robert L Colvin, individually,
Wayne Lung, individually,
Michelle Colvin, individually,
Gabriel Chavez, individually,
Jaime Gonzalez, individually,
Acme Plumbing, Inc., a
Florida Corporation, and SRW
Cooling and Heating, Inc., a
Florida Corporation,

  Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

May 13, 2019

Per Curiam.

  Dismissed. *Johnson v. First City Bank of Gainesville*, 491 So. 2d 1217 (Fla. 1st DCA 1986) (stating that in civil cases, this court has consistently held that an order which grants a motion to dismiss the complaint, but does not actually dismiss the complaint, is not an appealable order and such an order is not a final order).

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Samantha Deeter Currie, pro se, Appellant.

No appearance for Appellees.